*Paul Sandmeyer* for Borax Consolidated, Ltd. et al.; and *Joseph W. Burns, Michael F. McCarthy* and *Charles A. Beardsley* for American Potash & Chemical Corp., respondents.

No. 515. WALKER *v.* GALT ET AL. C. A. 5th Cir. Certiorari denied. *Thomas H. Anderson* for petitioner. *C. A. Hiaasen* for respondents.

No. 518. ATLANTIC FREIGHT LINES, INC. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Superior Court of Pennsylvania. Certiorari denied. *Laurence H. Eldredge* and *Dean D. Sturgis* for petitioner. *Charles E. Thomas* for Pennsylvania Public Utility Commission; and *Harold S. Shertz* for Super Highway Express, Inc. et al., respondents.

No. 521. SMITH ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *R. Palmer Ingram* and *T. Barton Harrington* for petitioners. *Hall Hammond,* Attorney General, and *Harrison L. Winter,* Assistant Attorney General, for respondent.

No. 541. TURNER COUNTY, SOUTH DAKOTA, *v.* MILLER. C. A. 8th Cir. Certiorari denied. *Dwight Campbell* and *T. M. Bailey* for petitioner. *Roy E. Willy* for respondent.

No. 221, Misc. PATRICK ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.